IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKHRUKH HAMIDUVA<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 08-CV-1221 (CKK) |
| SHARIFULLAH<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 08-CV-1222 (EGS) |
| MAHBUB RAHMAN<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 08-CV-1223 (JR) |
| AWAL GUL<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 08-CV-1224 (RMC) |

| | | |
|---|---|---|
| FNU HAFIZULLAH<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1227 (ESH) |
| SALEM AHMED HADI<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1228 (RMC) |
| YAKUBI<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1229 (JDB) |
| KAHLID SAAD MOHAMMED<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1230 (RMC) |

| | | |
|---|---|---|
| ABDULAH ALHAMIRI<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1231 (CKK) |
| MAHMMOUD OMAR MOHAMMED BIN ATEF<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1232 (JR) |
| MANSOOR MUHAMMED ALI QATTAA<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1233 (ESH) |
| ABDUL AL RAZZAQ MUHAMMAD SALIH<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | ) | Civil Action No. 08-CV-1234 (RJL) |

| | |
|---|---|
| AHMED YASLAM SAID KUMAN<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 08-CV-1235 (JDB) |
| MUIEEN ADEEN JAMAL ADEEN ABD AL FUSAL ABD AL SATTAR,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 08-CV-1236 (JDB) |
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 08-CV-1237 (RMC) |
| SHAWKI AWAD BALZUHAIR<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 08-CV-1238 (RWR) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

JUDRY L. SUBAR
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 7342
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 514-3969

Dated: July 24, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

/s/ *Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-3969

Attorneys for Respondents