IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID SAAD MOHAMMED, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. 08-1230 |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this court:

    Please enter the appearance of the following counsel in this case on behalf of Petitioner Khalid Saad Mohammad:

    ANDY HART (Ohio Bar #0075707)
    Assistant Federal Public Defender
    Office of the Federal Public Defender, Northern District of Ohio
    617 Adams Street
    Toledo, Ohio 43604
    (419) 259-7370 Fax: (419) 259-7375
    andy_hart@fd.org

    Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LcvR 83.2(e).

Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that he is representing Petitioner without compensation.

August 21, 2008	Respectfully submitted,

*/s/Andy Hart*_____
ANDY HART (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
	Northern District of Ohio
617 Adams Street
Toledo, Ohio 43604
(419) 259-7370 Fax: (419) 259-7375
andy_hart@fd.org

Counsel for Petitioner Khalid Saad Mohammad