IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID SAAD MOHAMMED, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 08-1230 |

## NOTICE OF APPEARANCE

To the Clerk of this court:

    Please enter the appearance of the following counsel in this case on behalf of Petitioner Khalid Saad Mohammad:

    TIMOTHY C. IVEY (Ohio Bar #0039246)
    Assistant Federal Public Defender
    Office of the Federal Public Defender, Northern District of Ohio
    1660 West Second Street, Suite 750
    Cleveland, Ohio 44113
    (216) 522-4856 Fax: (216) 522-4321
    timothy_ivey@fd.org

    Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LcvR 83.2(e).

Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that he is representing Petitioner without compensation.

August 25, 2008                    Respectfully submitted,

                                                */s/Timothy C. Ivey*
TIMOTHY C. IVEY (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
timothy_ivey@fd.org

Counsel for Petitioner Khalid Saad Mohammad